PROB 12C
(6/16)

Report Date: January 26, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Charles Joseph Reevis            Case Number: 0980 2:13CR00103-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: May 20, 2014

Original Offense:        Assault With a Dangerous Weapon in Indian Country, 18 U.S.C. § 1153(a)

Original Sentence:       Prison - 41 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     U.S. Attorney's Office          Date Supervision Commenced: October 31, 2016

Defense Attorney:        Federal Defenders Office        Date Supervision Expires: October 30, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: On January 10, 2017, the offender was contacted and directed to report to the probation office on January 11, 2017, but failed to do so. On January 17, 2017, multiple calls were made to the offender's listed telephone number and a text message was additionally sent, but the offender did not answer the calls and did not respond to the text message. On January 17, 2017, the offender's brother was contacted and he advised that he would call and text the offender to direct him to contact the undersigned. The offender failed to contact the undersigned. On January 19, 2017, a letter was sent to the listed physical address for the offender directing him to report to the office on January 23, 2017. The offender failed to report to the office on January 23, 2017, and the letter was returned to sender. On January 23, 2017, the offender's aunt, with whom the offender is residing, was contacted and she stated the offender had been staying at the residence and she would direct him to contact the undersigned as soon as he returned home. The offender failed to contact the undersigned. On January 26, 2017, an attempt to contact the offender at his residence was made, but there was no answer at the door. An unknown male voice speaking from inside the residence advised that the offender was not there and was not living there. Despite the efforts that have been made, the offender has made no contact with the undersigned. The date of last contact was January 10, 2017. |

2     **Special Condition # 15**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

        **Supporting Evidence**: On November 4, 2016, the offender was directed to obtain a mental health evaluation. As of the writing of this report, the offender has yet to complete the ordered mental health evaluation.

3     **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: On November 4, 2016, the offender was directed to obtain a substance abuse evaluation. As of the writing of this report, the offender has yet to complete the ordered substance abuse evaluation.

4     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: The offender failed to report to Okanogan Behavioral Health (OBH) on December 17, 2016, to submit a random urinalysis sample for testing.

5     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: The offender failed to report to Okanogan Behavioral Health (OBH) on December 30, 2016, to submit a random urinalysis sample for testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/26/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

Prob12C
**Re: Reevis, Charles Joseph**
**January 26, 2017**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

1/27/2017
_____
Date