PROB 12C
(6/16)

Report Date: June 26, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Joseph Reevis    Case Number: 0980 2:13CR00103-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 20, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Assault With a Dangerous Weapon in Indian Country, 18 U.S.C. § 1153(a) | | |
| Original Sentence: | Prison - 41 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(02/15/2017) | Prison - 2 months;<br>TSR - 34 months | | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: | March 30, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | January 29, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On March 30, 2017, the offender commenced supervision to include public law placement at the Spokane Residential Reentry Center (RRC).<br><br>On March 31, 2017, the offender reported to the United States Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.<br><br>On June 26, 2017, the undersigned officer spoke with RRC staff and was informed the offender provided a urinalysis that was presumptive positive for Buprenorphine on June 23, 2017, and the results are still pending. The defendant has provided no valid prescription for Buprenorphine. At this time, Mr. Reevis' whereabouts are unknown. |

Prob12C

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 8**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. You shall abide the rules and requirements of the facility. |

**Supporting Evidence**: On March 30, 2017, the offender commenced supervision and public law placement at the Spokane Residential Reentry Center (RRC).

On March 31, 2017, the offender reported to the United States Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

On June 26, 2017, the undersigned officer spoke with RRC staff and was informed the offender vacated the RRC against staff direction on June 23, 2017, and was thus placed on absconder status. Mr. Reevis' whereabouts remain unknown at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/26/2017

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/27/2017

Date